**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MOONEY MIDWEST INC & CORPORATION INC, MOONEY DOOR | § § § | Case No. 05-64155 |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 08/06/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 06/21/2010    By: /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MOONEY MIDWEST INC & CORPORATION     § Case No. 05-64155
       INC, MOONEY DOOR                      §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $  4,256.51

*and approved disbursements of*              $    526.62

*leaving a balance on hand of* [1]           $  3,729.89

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 1,064.07 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West, Popowcer Katten, Ltd. | $ 580.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1P | Illinois Department of Revenue | $ 11.00 | $ 11.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,588,312.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1U | Illinois Department of Revenue | $ 61.00 | $ 0.00 |
| 2 | Multifab | $ 4,774.30 | $ 0.00 |
| 4 | James Wilson | $ 2,000.00 | $ 0.00 |
| 5 | SPX Dock Products Inc | $ 3,581,477.57 | $ 2,074.32 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim   Proposed Payment*
                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim   Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOHN E. GIERUM
                                   Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 1                  Date Rcvd: Jun 22, 2010
Case: 05-64155                Form ID: pdf006             Total Noticed: 24

The following entities were noticed by first class mail on Jun 24, 2010.
db           +Mooney Midwest Inc & Corporation,    785 Oakwood Ave,    E101,   Lake Zurich, IL 60047-1549
aty          +Robert J Adams,    Robert J Adams & Associates,    125 S Clark, Suite 1810,
               Chicago, IL 60603-4008
tr           +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
10710718      Blue Giant,   85 heart Lake Rd South,    Brampton, Ontario :6W 3K2
10710719     +Bob's Overhead Door,    PO Box 823,    Crystal Lake, IL 60039-0823
10910856     +Chris Hughes,    SPX Dock Products, Inc.,    1612 Hutton Dr.,   Suite 140,
               Carrollton, TX 75006-6642
10710721     +Goldberg Kohn Bell Black,    Rosenbloom & Moritz,    55 E Monroe St Ste 3700,
               Chicago, IL 60603-6029
10710722    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,    Level 7-425,
               100 W Randolph St,    Chicago, IL 60106)
10710716      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
10710724     +JM Autoworks,    Romeoville, IL
10710723     +James P Crawley,    2N LaSalle St Ste 1776,    Chicago, IL 60602-4031
10873801     +James Wilson,    2N LaSalle St Ste 1776,    Chicago, IL 60602-4031
10710725     +Multifab,    N90W14507 Commerce Drive,    Memomownee Falls, WI 53051-2338
10710726      Nextel,    PO Box 172408,   Denver, CO 80217-2408
10710731      SBC,   Bill Payement Center,    Chicago, IL 60663-0001
10547900     +SPX Dock Products Inc,    1612 Hutton Dr,    Suite 140,   Carrollton Tx 75006-6642
10710728     +Sales Leads,    PO Box 530155,   Lake Park, FL 33403-8902
10710732      Service Limosine,    McHentry, IL
10710733      Sprint,    PO Box 600760,   Jacksonville, FL 32260
10710734     +Susan Middleton,    413 Edgewater Lane,    Wauconda, IL 60084-2911
10710735     +Thomas O'Connell,    8506 W 122nd Place,    Palos Park, IL 60464-1233
10710736     +UPS,   1400 S Jefferson,   Chicago, IL 60607-5115
The following entities were noticed by electronic transmission on Jun 23, 2010.
10710720     +E-mail/Text: legalcollections@comed.com                          Comed,    Customer Care Center,
               2100 Swift Drive,    Oakbrook, IL 60523-1559
10710727     +E-mail/Text: bankrup@nicor.com                         Nicor,    PO Box 2020,
               Aurora, IL 60507-2020
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10710717*     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
10710729*    +Nicor,    PO Box 2020,   Aurora, IL 60507-2020
10710730*    +Sales Leads,    Po Box 530155,   Lake Park, FL 33403-8902
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**                    **Signature:** _/s/ Joseph Speetjens_